

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: 5622 EQUITY DE, LLC and REAL PROPERTY located at 5622 EVERS ROAD, SAN ANTONIO, TEXAS, 78238, | § § § | No. 08-23-00030-CV Appeal from the |
| Appellants, | § | 285th Judicial District Court |
| v. | § | of Bexar County, Texas |
| CITY OF LEON VALLEY, | § | (TC# 2022-CI-4895) |
| Appellee. | | |

## **MEMORANDUM OPINION**

Appellants, 5622 Equity DE, LLC and Real Property Located at 5622 Evers Road, San Antonio, Texas 78238, and Appellee, City of Leon Valley, have filed a joint motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a) (governing voluntary dismissals). The agreed motion to dismiss indicates the parties have settled their dispute in the underlying litigation. Further, the parties indicate in their joint dismissal motion that a settlement agreement was reached.

We grant the parties' joint motion to dismiss. *See* TEX. R. APP. P. 42.1(a). Further we deny all pending motions as moot. Court costs are taxed against Appellants. *See* TEX. R. APP. P. 42.1(d) (court to tax costs against appellant absent agreement of the parties).

YVONNE T. RODRIGUEZ, Chief Justice

June 12, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.